PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENESSA GREEN,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>                Defendant. | CASE NO. 2:21-CV-02301-TLN-JDP<br><br>ORDER |

The parties have stipulated and jointly requested that the Court enter an order extending the deadline for the United States to respond to the complaint to October 21, 2022. Good cause existing, the request is GRANTED.

On or before October 21, 2022, the United States shall file a response to the complaint. The discovery schedule set forth in the Court's initial pretrial scheduling order dated December 14, 2021 (Dkt. 4) shall be calculated from October 21, 2022.

IT IS SO ORDERED.

Dated: August 30, 2022

_____
Troy L. Nunley
United States District Judge

ORDER                                                                1