PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENESSA GREEN,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>        Defendant. | CASE NO. 2:21-CV-02301-TLN-JDP<br><br>**ORDER** |

　　　Plaintiff Renessa Green and defendant the United States, through their respective counsel, jointly request that the Court modify the scheduling order to extend fact discovery by approximately 90 days and adjust other deadlines accordingly. Good cause appearing, the request is GRANTED.

　　　This case relates to an alleged personal injury at a U.S. Postal Service post office. Fact discovery currently is scheduled to end on June 20, 2023. *See* Dkt. 9; Dkt. 4. The parties represent that, due to limited staffing at the U.S. Postal Service, the United States requires additional time to respond to some recently-served discovery requests, and then to schedule and conduct depositions after the written discovery is concluded. The parties accordingly request that the Court extend the current fact discovery deadline by approximately 90 days, with other deadlines adjusted accordingly. The parties further represent that their request is not being made for the purpose of delay or any other improper purpose, but instead is made to ensure that they have sufficient opportunity to conduct adequate discovery. No party will be prejudiced by the requested modification.

　　　Accordingly, the scheduling order is modified as follows.

ORDER                                                                 1

| | |
|---|---|
| Fact discovery completion: | September 20, 2023 |
| Expert disclosure deadline: | November 17, 2023 |
| Supplemental expert disclosure deadline: | December 22, 2023 |
| Expert discovery completion: | February 14, 2024 |
| Supplemental disclosures: | February 28, 2024 |
| Dispositive motion filing deadline | March 22, 2024 |
| Joint notice of trial readiness: | 30 days after ruling on last dispositive motion or, if no party intends to file a dispositive motion, March 22, 2024. |

All remaining terms of the initial pretrial scheduling order (Dkt. 4) shall remain in effect.

DATED: June 2, 2023

Troy L. Nunley
United States District Judge