PHILLIP A. TALBERT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RENESSA GREEN, | CASE NO. 2:21-CV-02301-TLN-JDP |
|---|---|
| Plaintiff, | **ORDER CONTINUING PRE-TRIAL CONFERENCE, TRIAL DATE, AND RELATED DEADLINES** |
| v. | |
| UNITED STATES, | |
| Defendant. | |

### ORDER

The Court has reviewed the parties' stipulation to continue the Pretrial Conference and Trial (ECF No. 24), and issues the following order:

1. The Pretrial Conference is continued to September 4, 2025, at 2:00 p.m. in Courtroom 2 before Chief District Judge Troy L. Nunley.

2. The Bench Trial is continued to October 20, 2025, at 9:00 a.m. in Courtroom 2 before Chief District Judge Troy L. Nunley.

3. The deadline to file a Joint Pretrial Statement pursuant to Local Rule 281(a)(2) and (b) is August 28, 2025.

IT IS SO ORDERED.

//

1

Dated: November 1, 2024

Troy L. Nunley
Chief United States District Judge