ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900
brendon.hansen@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RENESSA GREEN, | CASE NO. 2:21-CV-02301-TLN-JDP |
|---|---|
| Plaintiff, | **ORDER CONTINUING PRETRIAL CONFERENCE AND RELATED DEADLINES DUE TO LAPSE OF APPROPRIATIONS** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

### ORDER

Defendant the United States of America moves to continue the Pretrial Conference set for November 13, 2025 and related deadlines due to the lapse of appropriations to the Department of Justice. Good cause appearing, the Court issues the following order:

1. The Pretrial Conference set for November 13, 2025 at 2:00 p.m. is VACATED.

2. The Pretrial Conference is re-set for December 16, 2025, at 2:00 p.m. in Courtroom 2 before Chief District Judge Troy L. Nunley.

3. The Joint Pretrial Statement shall be filed no later than seven (7) days before the Pretrial Conference, or by December 9, 2025.

//

IT IS SO ORDERED.

Dated: October 21, 2025

Troy L. Nunley
Chief United States District Judge